IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:  MICHAEL TRENT WILSON        ]      No. 13-12587
        SHARON BEATRICE WILSON      ]
                                    ]
               Debtor               ]      Chapter 12

# MOTION TO VALUE SECURED CLAIM OF
# BANK 7 AND BRIEF IN SUPPORT THEREOF
# WITH NOTICE OF OPPORTUNITY FOR HEARING

Bank 7, a creditor in the above captioned case, pursuant to the General Order Concerning Procedures In Chapter 12, moves the Court to value the collateral securing its claim and in support of said Motion, states as follows:

1. The Debtors filed their Petition under Chapter 12 of the Bankruptcy Code on June 3, 2013.

2. As of that date, Debtors were indebted to Bank 7 in the approximate amount of $883,145.76.

3. In order to secure the indebtedness referenced in the previous paragraph, the Debtors pledged certain real property located in Ellis County, State of Oklahoma, which is more specifically described as follows:

TRACT 1

Lots Three (3) and Four (4) of Section Seven (7), Township Nineteen (19) North, Range Twenty One (21), West of the Indian Meridian, Ellis County, Oklahoma (including the house and improvements);

and

TRACT 2

The Northeast Quarter (NE/4) of Section Seven (7), Township Nineteen (19) North, Range Twenty One (21), West of the Indian Meridian, Ellis County, Oklahoma;

4. The real estate pledged to Bank 7 should be valued.

5. Bank 7 also has a security interest in all machinery and equipment owned by the Debtors. Debtors' machinery and equipment should be valued.

6. Bank 7 has a secured interest in all of the Debtors' farm products, including livestock, which should be valued.

7. Bank 7 has a security interest in all government payments received by the Debtors. Said government payments should be valued.

8. Bank 7 has a secured interest in all proceeds and insurance, general intangibles, rents and accounts of the Debtors, all of which should be valued.

9. Bank 7 is in the process of obtaining an appraisal of the current value of the above-listed collateral and will provide said appraisal once it is complete.

10. Bank 7 may call as a witness:

    a. Eric Thompson    Phone: (580) 234-0436
       Bank 7
       c/o Gungoll Jackson
       P.O. Box 1549
       Enid, OK  73702

    b. Rick Carlile    Phone: (580) 234-8600
       407 Briarwood Drive
       Enid, OK  73703

    c. Debtors

    d. Any witness listed or called by Debtors and not objected to by Bank 7

11. Additionally, Bank 7 may introduce as evidence with exhibits as follows:

    a. Promissory Notes

      b.      Security Agreements on Chattels
      c.      Real Estate Mortgages
      d.      Financial Statements executed by Debtor
      e.      Appraisal(s) prepared by Rick Carlile
      f.      Any exhibits listed or introduced by Debtors and not objected to by Bank 7.

WHEREFORE, Bank 7 prays that the Court enter an order valuing its collateral and for such other and further relief as the Court deems just and equitable.

                    Respectfully submitted

                    s/ Brendon S. Atkinson
                    Brendon S. Atkinson  OBA #19396
                    Gungoll, Jackson, Box & Devoll, P.C.
                    P.O. Box 1549
                    Enid, OK 73702
                    Phone: (580) 234-0436
                    Fax:   (580) 233-1284
                    atkinson@gungolljackson.com
                    Attorney for Bank 7

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 14 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2013, a true and correct copy of the foregoing Motion to Value was electronically served using the CM/ECF system, namely:

    **David Ezzell**                  dezzell@enidoklaw.com

    mailto:centrallawoffice@sbcglobal.net**Lori Williams DeKalb**

    chapter12ecf@sbcglobal.net

    **Roger D. Everett**            rdelaw@juno.com

    **U.S. Trustee**                   Ustpregion20.oc.ecf@usdoj.gov

Further, I certify that on the 17th day of July, 2013, copies of the foregoing Motion to Value were forwarded via U.S. Mail, postage prepaid and properly addressed to the following at the addresses shown below:

FORD MOTOR CREDIT COMPANY, PO BOX 6275, DEARBORN MI 48121-6275
USBC Western District of Oklahoma, 215 Dean A. McGee, Oklahoma City, OK 73102-3426
BANK 7, 100 S. Broadway, Camargo OK 73835
FORD MOTOR CREDIT, P.O. Box 105704, Atlanta GA 30348-5704
FORD MOTOR CREDIT COMPANY, PO BOX 6275, DEARBORN MI 48121-6275
AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088
MERRICK BANK, P.O. Box 30537, Tampa FL 33630-3537
MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368
ORCHARD BANK/HSBC, P.O. Box 60501, City of Industry CA 91716-0501
U.S. Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3444
David Ezzell, Ezzell & Shepherd, PLLC, P O Box 5189, Enid, OK 73702-5189
Lori Williams DeKalb, 808 24th Avenue, N.W., Norman, OK 73069-6204

                                              /s/ Brendon S. Atkinson
                                              Brendon S. Atkinson